UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MARTIN                                                          CIVIL ACTION

VERSUS                                                                         NO. 16-6888

W.S. McCAIN, WARDEN                                                SECTION "J"(2)

## ORDER

The Court, after considering the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Martin's objection and approves the Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the petition of Michael Martin for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE